

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| versus | : | CRIMINAL NO. 07-231-FJP-DLD |
| | : | |
| FREDDIE L. RILEY and | : | |
| SHERRY ANN NICHOLAS | : | |

### [~~PROPOSED~~] ORDER

Considering the United States' Dismissal, leave of Court is granted for the filing of the dismissal of the Bill of Information, filed on September 25, 2007, in Criminal No. 07-231-FJP--DLD.

DONE AND SIGNED at Baton Rouge, Louisiana, this 3rd day of January, 2007.

_____
DOCIA L. DALBY, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

-4-